THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACIE KALKBRENNER,<br><br>                Plaintiff,<br>v.<br><br>PROFESSIONAL BULL RIDERS, LLC.,<br><br>                Defendant. | No. 2:21-cv-00633-RSM<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>April 27, 2022 |

## I.    STIPULATION

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), LCR 7(d)(1), and LCR 10(g), the parties, by and through their undersigned counsel of record, stipulate, agree, and request and that all of Plaintiff's claims and causes of action in the above captioned matter be dismissed with prejudice and with each party to bear her or its own attorney fees and costs.

DATED this 27th day of April, 2022.

| JACKSON LEWIS P.C. | HKM EMPLOYMENT ATTORNEYS LLP |
|---|---|
| By */s/ Michael A. Griffin*<br>    Michael A. Griffin, WSBA # 29103<br>    520 Pike Street, Suite 2300<br>    Seattle, WA 98101<br>    Tel: 206-405-0404<br>    Michael.Griffin@jacksonlewis.com<br><br>Attorneys for Defendant | By */s/ Daniel Kalish*<br>    Daniel Kalish, WSBA # 35815<br>    600 Stewart Street, Suite 901<br>    Seattle, WA 89101<br>    Tel: (206) 838-2504<br>    dkalish@hkm.com<br><br>Attorneys for Plaintiff Tracie Kalkbrenner |

STIPULATED MOTION AND ORDER FOR DISMISSAL - 1
(2:21-cv-00633-RSM)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## II. ORDER

Based upon the foregoing stipulation of the parties, IT IS SO ORDERED. The above-captioned matter and all claims and causes of action are hereby DISMISSED WITH PREJUDICE and with each party to bear her or its own attorney fees and costs.

DATED this 27th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

| JACKSON LEWIS P.C. | HKM EMPLOYMENT ATTORNEYS LLP |
|---|---|
| By */s/ Michael A. Griffin*<br>Michael A. Griffin, WSBA # 29103<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101<br>Tel: 206-405-0404<br>Michael.Griffin@jacksonlewis.com | By */s/ Daniel Kalish*<br>Daniel Kalish, WSBA # 35815<br>600 Stewart Street, Suite 901<br>Seattle, WA 89101<br>Tel: (206) 838-2504<br>dkalish@hkm.com |
| Attorneys for Defendant | Attorneys for Plaintiff Tracie Kalkbrenner |

STIPULATED MOTION AND ORDER FOR DISMISSAL - 2
(2:21-cv-00633-RSM)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

**DECLARATION OF SERVICE**

The undersigned declares under penalty of perjury under the laws of the State of Washington that, on this day, a true and accurate copy of the document to which this declaration is affixed was sent via ECF filing to:

Dan Kalish, WSBA # 35815
HKM Employment Attorneys LLC
600 Stewart Street, Suite 901
Seattle, WA 89101
dkalish@hkm.com
Attorneys for Plaintiff

DATED this 27th day of April, 2022.

_____
Nani Vo

STPULATED MOTION AND ORDER FOR DISMISSAL - 3
(2:21-cv-00633-RSM)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404